```
 1
 2
 3  Christine A. Ford, P.S.        The Hon. Thomas T. Glover
    Attorney at Law                Chapter 7
 4  7403 Lakewood Drive W. #11     Hearing Date: 7/5/05 @ 9:15am
    Lakewood, WA 98499-7951        Response Date: 5/10/05
 5  (253) 472-9747
    Attorney for Movant
 6
 7
 8            IN THE UNITED STATES BANKRUPTCY COURT
 9    FOR THE WESTERN DISTRICT OF WASHINGTON, SEATTLE DIVISION
10
11  IN RE:                    )    Chapter 7
                              )
12  RANDOLPH STUART PHILLIPS  )    NO. 05-13215
    BOBBI KAY PHILLIPS,       )
13                            )
              Debtors.        )    AFFIDAVIT OF NO OBJECTIONS
14  _____)    RECEIVED & MAILING MOTION
                                       FOR RELIEF OF STAY
15
    STATE OF WASHINGTON )
16                      )ss.
    COUNTY OF PIERCE    )
17
        CHRISTINE A. FORD, being first duly sworn on oath,
18
    deposes and says:
19
        That I represent VW Credit, Inc., Creditor in the above-
20
    captioned matter.
21
        That on April 12, 2005, I served by electronic mail (ECF)
22
    OR U.S. mail postage prepaid properly stamped and addressed
23
    envelopes directed to the PRO SE Debtors, RANDOLPH STUART
24
    PHILLIPS & BOBBI KAY PHILLIPS, the trustee, MICHAEL P. KLEIN
25
    and the U.S. Trustee, using the addresses shown of record,
26
    containing copies of the Notice and Motion for Relief from the
27
    Automatic Stay and Proposed Order Granting Relief from the
28
```

|  |  |
|---|---|
| AFFIDAVIT OF MAILING | **CHRISTINE A. FORD, P.S.** |
| & NO OBJECTIONS - 1 | Attorney at Law |
|  | 7403 Lakewood Dr. W., Suite 11 |
|  | Lakewood, WA. 98499-7951 |
|  | Tel. (253) 472-9747; Fax 474-1444 |

| | |
|---|---|
| 1 | Automatic Stay.  The original documents were electronically |
| 2 | filed with the Court on  April 12, 2005. |
| 3 | The Response date for this Motion was May 10, 2005, to |
| 4 | date no objections have been received. |
| 5 | Dated this 11th day of May 2005. |
| 6 | |
| 7 | /S/ CHRISTINE A. FORD |
| 8 | CHRISTINE A. FORD, WSBA #13972 |
| 9 | |
| 10 | Signed and sworn to before me this 11th day of May 2005. |
| 11 | /S/ ANDREA L. MUNSON |
| 12 | |
| 13 | NOTARY PUBLIC in and for the State of Washington residing At __TACOMA__. My Commission expires:  4/29/06 . |

AFFIDAVIT OF MAILING
& NO OBJECTIONS - 2

**CHRISTINE A. FORD, P.S.**
Attorney at Law
7403 Lakewood Dr. W., Suite 11
Lakewood, WA. 98499-7951
Tel. (253) 472-9747; Fax 474-1444

Case 05-13215-TTG    Doc 12    Filed 05/11/05    Ent. 05/11/05 10:50:26    Pg. 2 of 2