Judge Thomas T. Glover
Chapter 7

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>RANDOLPH STUART PHILLIPS, and<br>BOBBIE KAY PHILLIPS,<br><br>Debtor(s). | No. 05-13215<br><br>*EX PARTE* APPLICATION FOR ORDER DISMISSING CASE FOR FAILURE TO APPEAR AND SUBMIT TO EXAMINATION AT MEETING OF CREDITORS |

The United States Trustee, pursuant to Local Bankruptcy Rule 1017-2(a), applies *ex parte* for an order dismissing this case.

The court file reflects that the meeting of creditors was held as scheduled and noticed, or as rescheduled or continued. The debtor(s), Randolph Stuart Phillips, and Bobbi Kay Phillips, failed to appear and submit to examination at the meeting of creditors. The court records indicate the debtor(s) received prior notice that the United States Trustee will file an *ex parte* motion to dismiss the case for failure to appear at the meeting of creditors.

Under the circumstances, dismissal of this case of the non-appearing debtor(s) is warranted.

DATED this 23 day of June, 2005.

Respectfully submitted,

ILENE J. LASHINSKY
United States Trustee

/s/ Mark H. Weber
MARK H. WEBER, MSBA# 012798X
Assistant United States Trustee

*EX PARTE* APPLICATION FOR ORDER
DISMISSING CASE FOR FAILURE TO
APPEAR AND SUBMIT TO EXAMINATION
AT MEETING OF CREDITORS

**Office of the United States Trustee**
**United States Courthouse**
**700 Stewart Street, Suite 5103**
**Seattle, WA 98101-1271**
**206-553-2000, 206-553-2566 (fax)**