

Judge Thomas T. Glover
Chapter 7

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>RANDOLPH STUART PHILLIPS, and<br>BOBBIE KAY PHILLIPS,<br><br>Debtor(s). | No. 05-13215<br><br>*EX PARTE* ORDER DISMISSING CASE FOR FAILURE TO APPEAR AND SUBMIT TO EXAMINATION AT MEETING OF CREDITORS |

This matter having come before this court upon the United States Trustee's *Ex Parte* Application for Order Dismissing Case for Failure to Appear and Submit to Examination at Meeting of Creditors, pursuant to Local Bankruptcy Rule 1017-2(a), the debtor(s) having received notice of dismissal for failure to appear at the meeting of creditors, the United States Trustee having received no written objection, and the court being otherwise fully advised in the premises, it is

ORDERED that the case of the non-appearing debtor(s), Randolph Stuart Phillips, and Bobbi Kay Phillips, is dismissed.

Dated: June 24, 2005_

                                                                                                   _/s/ Thomas T. Glover_
                                                                                                   UNITED STATES BANKRUPTCY JUDGE

Presented by:

ILENE J. LASHINSKY
Acting United States Trustee

/s/ Mark H. Weber
MARK H. WEBER, MSBA# 012798X
Assistant United States Trustee

*EX PARTE* ORDER DISMISSING CASE FOR
FAILURE TO APPEAR AND SUBMIT TO
EXAMINATION AT MEETING OF CREDITORS

**Office of the United States Trustee**
**United States Courthouse**
**700 Stewart Street, Suite 5103**
**Seattle, WA 98101-1271**
**206-553-2000, 206-553-2566 (fax)**

Case 05-13215-TTG    Doc 17    Filed 06/24/05    Ent. 06/24/05 12:53:43    Pg. 1 of 1